Joseph J. SNYDER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74761.

Missouri Court of Appeals,
Western District.

March 12, 2013.

Robert W. Lundt, St. Louis, MO, for appellant.

Gregory L. Barnes, Jefferson City, MO, for respondent.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Joseph J. Snyder appeals, after an evidentiary hearing, the trial court's denial of his Rule 29.15 motion for post-conviction relief. Snyder argues that the trial court clearly erred in denying his claims of ineffective assistance of trial counsel which he bases on trial counsel's failure to allow him to testify at the suppression hearing concerning the circumstances surrounding his confession. Finding no error of law, we affirm. A memorandum explaining more fully our opinion has been provided to the parties. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

John Henry GUNN, Appellant.

No. WD 74770.

Missouri Court of Appeals,
Western District.

March 12, 2013.

Margaret Johnston, Columbia, MO, for Appellant.

Jennifer Rodewall, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., KAREN KING MITCHELL, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

John Gunn appeals the circuit court's judgment convicting him of burglary in the second degree and robbery in the first degree. We affirm. Rule 30.25(b).